STATE OF CONNECTICUT *v.* GREGORY BLUE
(12143)

DUPONT, C. J., LANDAU and SCHALLER, Js.

Argued February 14—decision released March 8, 1994

*Neal Cone,* assistant public defender, for the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Edward Wilson,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.